# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                             Case No.: 1:12–cr–00146
                                                         Honorable Edmond E. Chang

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 31, 2022:

      MINUTE entry before the Honorable Edmond E. Chang as to Jeremy Hammond: On the Defendant's unopposed motion to terminate supervised release [10], the motion is granted in light of the Defendant's prior compliance and successful transition back to society. The decision to grant this motion does **not** reflect, one way of the other, a decision on whether there is any flaw in the terms used in some of the conditions (as the defense argues). The Court congratulates the Defendant on putting this case behind him. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.